CONFORM & RETURN

Keith D. Klein (SBN 184846)
Brian J. Recor (SBN 229091)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2159
Facsimile: (310) 260-4159
Email: keith.klein@bryancave.com
       brian.recor@bryancave.com

Attorneys for Defendant
RCI, LLC

FILED
2010 DEC -9 PM 1:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EMIL A. BIENDARA, JR., on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI, LLC, and Does 1 through 100 Inclusive,<br><br>Defendants. | CASE NO. SACV10-01878 AG (MLGx)<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>[L.R. 7.1-1] |

813888

-1-

NOTICE OF INTERESTED PARTIES

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for defendant RCI, LLC ("Defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Role |
|---|---|
| Emil A. Biendara, Jr. | Plaintiff |
| RCI, LLC | Defendant |
| RCI General Holdco 2, Inc. | Owner of RCI, LLC |
| Wyndham Exchange and Rentals, Inc. | Owner of RCI, LLC |
| Wyndham Worldwide Corporation | Indirect Parent of RCI, LLC |

In addition to the entities listed above, in their most recent Schedule 13G reports filed with the U.S. Securities and Exchange Commission, each of FMR, LLC, Barrow, Hanley, Mewhinney & Strauss, Inc. ("Barrow"), and Vanguard Windsor Funds – Vanguard Windsor II Fund ("Vanguard") reported beneficial ownership of more than 10% of the common stock of Wyndham Worldwide Corporation. However, we understand that Barrow is an investment manager for Vanguard and that shares reported as beneficially owned by Barrow include a substantial portion of the shares beneficially owned by Vanguard.

Dated: December 9, 2010

BRYAN CAVE LLP

By _____
Brian J. Recor
Attorneys for Defendant
RCI, LLC